UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ANDREW C. SANKIN,                                :

                Plaintiff,          :          NOTICE OF APPEARANCE

      - v. -                                    :          07 CV 10491 (CLB)(MDF)

MARK ABESHOUSE and
RHONDA LEONARD,                          :

              Defendants.         :

-------------------------------------------------------------x

PLEASE TAKE NOTICE, that Richard E. Signorelli of the Law Office of Richard

E. Signorelli, hereby appears as counsel of record for RHONDA LEONARD, a defendant in the

above-captioned case.

Dated: November 26, 2007
       New York, New York

                                    LAW OFFICE OF
                                    RICHARD E. SIGNORELLI

By:                                   
                                    Richard E. Signorelli (RS-7976)
                                    799 Broadway, Suite 539
                                    New York, NY 10003
                                    Telephone:    212 254 4218
                                    Facsimile:    212 254 1396
                                    rsignorelli@nycLITIGATOR.com[SM]
                                    www.nycLITIGATOR.com[SM]

Filing and Service via ECF