11/29/2007  09:44   2122397030          STEWART OCCHIPINTI              PAGE  02/03
11/28/2007  19:09   2122541396          RICHARDSIGNORELLIESQ            PAGE  02/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANDREW C. SANKIN,                               :

                        Plaintiff,      :      **STIPULATION AND ORDER**

        - v. -
                               :      07 CV 10491 (CLB)(MDF)

MARK ABESHOUSE and
RHONDA LEONARD,                                 :

                       Defendants.     :
-----------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the date by which defendants, MARK ABESHOUSE AND RHONDA LEONARD, are to file their answer or otherwise respond to the Complaint is extended through and including January 11, 2008;

    IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the undersigned parties, that if one or both of the defendants file a motion in lieu of an answer, then plaintiff, Andrew C. Sankin, will file his response on or before February 11, 2008, and defendants will file their reply papers on or before February 25, 2008.

    IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the undersigned parties, that copies of facsimile or electronic signatures on this stipulation, in counterparts or otherwise, have the same force and effect as if they were each original signatures

11/28/2007 22:16 FAX  646 366 9407        DSMO B                              ☒003/003
11/28/2007 19:07  2122541396        RICHARDSIGNORELLIESQ            PAGE 03/03

appearing on the same document.

Dated: November 28, 2007
      New York, New York

      DICKSTEIN & SHAPIRO LLP

By: _____
      Ira Lee Sorkin (IS-____)
      1177 Avenue of the Americas
      New York, NY 10036
      Telephone: 212 277 6500
      Facsimile: 212 277 6501
      sorkini@dicksteinshapiro.com
      Attorneys for the Plaintiff Andrew C. Sankin

      LAW OFFICE OF RICHARD E. SIGNORELLI

By: _____
      Richard E. Signorelli (RS-7876)
      799 Broadway, Suite 539
      New York, NY 10003
      Telephone: 212 254 4218
      Facsimile: 212 254 1396
      rsignorelli@nycLITIGATOR.com
      Attorneys for Defendant Rhonda Leonard

      STEWART OCCHIPINTI, LLP

By: _____
      Charles A. Stewart, III (CS-7099)
      65 West 36th Street, 7th Floor
      New York, NY 10018
      Telephone: 212 239 5500
      Facsimile: 212 239 7030
      cstewart@somlaw.com
      Attorneys for Defendant Mark Abeshouse

SO ORDERED:

_____
U.S.D.J.

*dated*

11/29/2007  09:44   2122397030          STEWART OCCHIPINTI           PAGE  03/03
11/28/2007  19:09   2122541396          RICHARDSIGNORELLIESQ         PAGE  03/03

appearing on the same document.

Dated: November 28, 2007
New York, New York

DICKSTEIN & SHAPIRO LLP

By: _____
Ira Lee Sorkin (IS-         )
1177 Avenue of the Americas
New York, NY 10036
Telephone:  212 277 6500
Facsimile:  212 277 6501
sorkini@dicksteinshapiro.com
Attorneys for the Plaintiff Andrew C. Sankin

LAW OFFICE OF RICHARD E. SIGNORELLI

By: _____
Richard E. Signorelli (RS-7876)
799 Broadway, Suite 539
New York, NY 10003
Telephone:  212 254 4218
Facsimile:  212 254 1396
rsignorelli@nycLITIGATOR.com
Attorneys for Defendant Rhonda Leonard

STEWART OCCHIPINTI, LLP

By: _____
Charles A. Stewart, III (CS-7099)
65 West 36th Street, 7th Floor
New York, NY 10018
Telephone:  212 239 5500
Facsimile:  212 239 7030
cstewart@somlaw.com
Attorneys for Defendant Mark Abeshouse

SO ORDERED:

_____
U.S.D.J.

dated November 30, 2007