UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANDREW C. SANKIN,                            )
                                             )
                    Plaintiff,               )
                                             )        07 CV 10491 (CLB)(MDF)
                                             )
        -against-                            )
                                             )
MARK ABESHOUSE and RHONDA                    )        **NOTICE OF APPEARANCE**
LEONARD,                                     )
                                             )
                    Defendants.              )
                                             )
-----------------------------------------------------X

**PLEASE TAKE NOTICE**, that Charles A. Stewart, III of the law offices of

Stewart Occhipinti, LLP, hereby appears as counsel of record for MARK ABESHOUSE,

a defendant in the above captioned action.

Dated: New York, New York
       December 3, 2007

                            **STEWART OCCHIPINTI, LLP**

                            By: _____
                                Charles A. Stewart, III (CS-7099)
                            65 West 36th Street, 7th Floor
                            New York, New York 10018
                            Telephone:  (212) 239-5500
                            Facsimile:  (212) 239-7030
                            cstewart@somlaw.com

                            *Attorney for Defendant Mark Abeshouse*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANDREW C. SANKIN,                           )
                                            )
                        Plaintiff,          )        07 CV 10491 (CLB)(MDF)
                                            )
                                            )
       -against-                            )
                                            )
MARK ABESHOUSE and RHONDA                   )        **CERTIFICATE OF SERVICE**
LEONARD,                                    )
                                            )
                        Defendants.         )
                                            )
-----------------------------------------------------X

   CHARLES A. STEWART, III, an attorney admitted to practice in the United States District Court for the Southern District of New York, certifies, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on September 12, 2007, the attached Reply to Counterclaim was served upon all counsel in this action by: (1) electronically filing the same with the Court pursuant to the rules of the United States District Court for the Southern District of New York; and (2) emailing same to the counsel listed below at the addresses provided by such counsel, to wit:

        Ira Lee Sorkin, Esq.
        Dickstein Shapiro LLP
        1177 Avenue of the Americas
        New York, New York 10036
        sorkini@dicksteinshapiro.com

        Richard W. Signorelli, Esq.
        Law Office of Richard E. Signorelli
        799 Broadway, Suite 539
        New York, New York 10003
        rsignorelli@nycLITIGATOR.com

Dated: New York, New York
   December 3, 2007

              /s/
            Charles A. Stewart, III (CS-7099)