Ira Lee Sorkin (IS 8884)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
ANDREW C. SANKIN,                                                   :
                                                                    :    Civ. Action No. 07-CV-10491
                            Plaintiff,                              :
                                                                    :    ECF Case
            v.                                                      :
                                                                    :    Jury Demanded
MARK ABESHOUSE and RHONDA                                           :
LEONARD,                                                            :    **NOTICE OF MOTION FOR LEAVE**
                                                                    :    **TO WITHDRAW AS COUNSEL FOR**
                            Defendants.                             :    **PLAINTIFF**
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO:**  Richard E. Signorelli, Esq.        Charles A. Stewart III, Esq.
         Law Offices of Richard E. Signorelli   Stewart Occhipinti, LLP
         799 Broadway, Suite 539            65 West 36th Street, 7th floor
         New York, NY   10003              New York, NY   10018
         (212) 254-4218                     (212) 239-5500

         *Attorneys for Defendant*          *Attorneys for Defendant*
         *Rhonda Leonard*                   *Mark Abeshouse*


      **PLEASE TAKE NOTICE THAT** Dickstein Shapiro LLP ("DS") moves this Court for

an order granting leave to withdraw as counsel for plaintiff, Andrew Sankin ("Plaintiff"),

permitting the firm of Mintz & Gold LLP to appear as counsel for Plaintiff in this matter.


      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Civil Rule 1.4, DS

submits the Declaration of Ira Lee Sorkin, Esq. in support of this motion.

**PLEASE TAKE FURTHER NOTICE THAT** DS also submits a form of order granting to DS leave to withdraw as counsel for Plaintiff.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Civil Rule 6.1(b), the parties must serve any opposing affidavits and answering memoranda within ten business days after service of these moving papers.

Dated:  January 10, 2008

DICKSTEIN SHAPIRO LLP


By:  /s/Ira L. Sorkin_____
     Ira Lee Sorkin
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-277-6500
Fax: 212-277-6501