Ira Lee Sorkin (IS 8884)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
: 
ANDREW C. SANKIN,                     : Civ. Action No. 07-CV-10491
:
         Plaintiff,             : ECF Case
:
  -against-                          : Jury Demanded
:
MARK ABESHOUSE and RHONDA              : **DECLARATION OF IRA LEE**
LEONARD,                               : **SORKIN IN SUPPORT OF**
                                       : **DICKSTEIN SHAPIRO LLP'S**
         Defendants.            : **MOTION FOR LEAVE TO**
: **WITHDRAW AS COUNSEL FOR**
: **PLAINTIFF**
:
------------------------------------x

    I, IRA LEE SORKIN, hereby declare as follows:

    1.    I am an attorney-at-law duly admitted to practice before this Court and a partner in the law firm of Dickstein Shapiro LLP ("DS"), attorneys for plaintiff, Andrew Sankin. I submit this declaration in support of DS's motion for leave to withdraw as counsel for plaintiff.

    2.    DS seeks to withdraw as counsel for plaintiff because I and perhaps others from DS may be witnesses in connection with this action.

    3.    The firm of Mintz & Gold LLP has agreed to represent plaintiff and has already begun to familiarize itself with the matter.

    4.    Substitution of counsel will not delay the proceedings.

2

5.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on this 10th day of January, 2008.

/s/Ira L. Sorkin<br>
Ira Lee Sorkin

DOCSNY-286431