AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 7:07-cv-10491-CLB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANDREW C. SANKIN, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 11, 2008 | *Terence William McCormick* (signature) |
| Date | Signature |
| | Terence William McCormick — TM-2713 |
| | Print Name — Bar Number |
| | Mintz & Gold LLP - 470 Park Ave. South - 10th Floor North |
| | Address |
| | New York — N.Y. — 10016-6819 |
| | City — State — Zip Code |
| | (212) 696-4848 — (212) 696-1231 |
| | Phone Number — Fax Number |