*Brieant, J.* *N2*

Ira Lee Sorkin  (IS 8884)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANDREW C. SANKIN, | : Civ. Action No. 07-CV-10491 |
| Plaintiff, | : |
| | : ECF Case |
| v. | : |
| | : Jury Demanded |
| MARK ABESHOUSE and RHONDA LEONARD, | : **ORDER GRANTING LEAVE TO** |
| | : **WITHDRAW AS COUNSEL FOR** |
| Defendants. | : **PLAINTIFF** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THIS MATTER** having been brought been brought before the Honorable Charles L.

Brieant, U.S.D.J., by Dickstein Shapiro LLP ("DS"), counsel for plaintiff, Andrew C. Sankin

("Plaintiff"), seeking an order granting to DS leave to withdraw as counsel for Plaintiff; and the

Court having considered the submissions of the parties; and good cause having been shown,

**IT IS ORDERED** that DS's motion for leave to withdraw as counsel for Plaintiff is

hereby granted; and

**IT IS FURTHER ORDERED** that the firm of Mintz & Gold, LLP be substituted as

counsel for Plaintiff; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on Plaintiff via

facsimile and overnight courier no later than five (5) days following the entry of this Order.

Dated: ~~New York~~ *White Plains*, New York

SO ORDERED:

*January* **16**, 2008
White Plains, NY

*Charles Briant*

Charles L. ~~Brient~~ BRIANT, U.S.D.J.

2